```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 00-6078-CIV-ZLOCH
                          MAGISTRATE JUDGE SORRENTINO
```

JOHN CAPELLETTI,                :

    Petitioner,             :

v.                              :           ORDER REQUIRING
                                            FEE OR IFP MOTION
MICHAEL W. MOORE,               :

    Respondent.             :
_____



FILED by _____ D.C.
MAG. SEC.

FEB - 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

The petitioner has filed a petition for writ of habeas corpus but has neither paid the Clerk's filing fee of $5.00 nor submitted a motion to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. §1915. It is thereupon

ORDERED AND ADJUDGED as follows:

1.   On or before February 29, 2000, the petitioner shall either pay the Clerk's filing fee of $5.00 or, in the alternative, shall file a motion to proceed <u>in forma pauperis</u> with supporting financial affidavit upon the form provided with this Order.



2.   If the filing fee is paid, the check or money order must bear the case number so the fee will be docketed in the correct case.  This is especially important where the prisoner has filed more than one case.

3.   The petitioner is cautioned that failure to comply with this Order may result in dismissal of this case.

DONE AND ORDERED at Miami, Florida, this ___31___ day of January, 2000.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE

cc:   John Capelletti, <u>Pro Se</u>
      DC #905604
      Zephyrhills Correctional Institution
      2739 Gall Blvd.
      Zephyrhills, FL 33541-9701