UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT



JOHN CAPELLETTI,

   Petitioner,

v.                                           Case No. 00-6078-CIV-ZLOCH

MICHAEL W. MOORE, SECT'Y.
FLORIDA DEPARTMENT OF CORRECTIONS,

   Respondent.
_____/

### PETITIONER'S RESPONSE TO COURT ORDER OF 01-31-00

   Comes now the petitioner, John Capelletti, pro se, and responds to this Court's Order concerning the payment of the filing fee of $5.00 or the filing of a motion to proceed *in forma pauperis*. The petitioner is incarcerated and had submitted the petition, 2 copies as is required, and a check request to the institution in order that the payment would be deducted from his inmate bank account for the filing fee. Therefore it came as a great surprise to the petitioner when the Court issued the 01-31-00 Order.

   The petitioner subsequently requested the Business Office of Zephyrhills Correctional to forward a copy of the canceled check (based on the receipt that the Court had previously sent with the confirmation letter to the petitioner on January 14) which is attached. It shows that the Court **has** processed the payment.

   Therefore, the petitioner requests this Honorable Court to proceed with the petition in possible haste as he has a tremendous liberty at stake.

   Respectfully submitted this 16th day of February, 2000.

                                        _____
                                        John Capelletti, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been forwarded to the Office of the Attorney General, 110 SE 6th St., Ft. Lauderdale, Fl. 33301, by U.S. Mail this 16th day of February, 2000.

*John Capelletti*
John Capelletti
#905604  MB # 013
Zephyrhills Correctional Institution
2739 Gall Blvd.
Zephyrhills, Fl. 33541-9701


