TO: Matthew Balch
Deputy Clerk
U.S. Dist. Ct. Southern Dist.
299 E. Broward Blvd. Rm. 108
Ft. Lauderdale Fl 33301

RE: State of Florida v. CApelletti' John
CASE NO: 00-6078-Civ-Zloch

## NOTICE OF ADDRESS CHANGE

NEW ADDRESS:
Desoto Correctional Institution
13617 S.E. Hwy 70
Arcadia, Fl. 34266-7800
M/B 4449

OLD ADDRESS:
Zephyrhills CoRR. Inst.
2739 Gall Blvd
Zephyrhills, Fl 33541-9201

Comes now the 7-5-00 , CApelletti, John in proper person and submits this Notice of Address Change in the above styled cause, effective immediately, and requests the clerk to file this Notice in the above cause and change all records that will reflect all future mailings in this case.
Respectfully Submitted By:

Name John Capelletti'    DC# 905604

