UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6078-CIV-ZLOCH

DEC 22 2000

JOHN CAPELLETTI,

    Petitioner,

vs.

MICHAEL W. MOORE,

    Respondent.
_____/

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

THIS MATTER is before the Court sua sponte, and the Court having carefully reviewed the entire court file herein and after due consideration, it is

**ORDERED AND ADJUDGED** that the Court having denied the Petition For Writ Of Habeas Corpus, finds that the Petitioner has failed to demonstrate the deprivation of a Federal constitutional right, and that the issues are not taken in good faith. Accordingly, the issuance of a Certificate of Appealability be and the same is hereby **DENIED** for the reasons set forth above.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of December, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
See attached Mailing List



JOHN CAPELLETTI v. MICHAEL W. MOORE
CASE NO. 00-6078-CIV-ZLOCH

John Capelletti, Pro Se
DC #905604
DeSoto Correctional Institution
P.O. Drawer 1072
Arcadia, FL 34265-1072

August A. Bonavita, Esq., AAG
For Respondent