...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6078-CIV-ZLOCH

JOHN CAPELLETTI,

    Petitioner,

vs.                          **FINAL ORDER OF DISMISSAL**

MICHAEL W. MOORE,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 9) filed herein by United States Magistrate Judge Charlene H. Sorrentino. The Court has conducted a *de novo* review of the entire record herein and after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report of Magistrate Judge (DE 9) filed herein by United States Magistrate Judge Charlene H. Sorrentino be and the same is hereby approved, adopted and ratified by the Court;

    2. The Petitioner's Petition For Writ Of Habeas Corpus (DE 1) be and the same is hereby **DENIED**;

    3. The above-styled cause be and the same is hereby **DISMISSED**; and

    4. To the extent not otherwise disposed of herein, all



pending motions are hereby **DENIED** as moot.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _22nd_ day of December, 2000.

   _____
   WILLIAM J. ZLOCH
   Chief United States District Judge

Copies Furnished:

John Capelletti, Pro Se
DC #905604
DeSoto Correctional Institution
P.O. Drawer 1072
Arcadia, FL 34265-1072

August A. Bonavita, Esq., AAG
For Respondent